1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

11
12
13
14
15
16
17

| | |
|---|---|
| CIRILO GONZALEZ, )<br>        )<br>    Plaintiff, )<br>        )<br>        v. )<br>        )<br>MICHAEL J. ASTRUE, )<br>Commissioner of )<br>Social Security, )<br>        )<br>    Defendant. )<br>_____) | Case No. 1:08-cv-00538 AWI GSA<br><br>ORDER RE STIPULATION TO CONTINUE<br>(Document 11) |

18
19    On December 22, 2008, the parties filed a stipulation to continue the deadlines for the filing of
20 Plaintiff's Motion for Summary Judgment and Defendant's Response to the Motion for Summary
21 Judgment for an additional thirty (30) days.
22    Pursuant to the stipulation of the parties, Plaintiff shall file his Motion for Summary Judgment on
23 or before January 21, 2009.  Defendant shall file a response to the Motion for Summary Judgment on or
24 before February 20, 2009.
25
26
27
28

        IT IS SO ORDERED.

1
2
**Dated:** **December 24, 2008**            /s/ **Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28