LAWRENCE G. BROWN
Acting United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
SARAH RYAN, State Bar of Texas #17479500
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134
    E-Mail: sarah.ryan@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRILO GONZALEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 1:08-CV-0538 GSA<br><br>ORDER RE STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE OPPOSITION TO PLAINTIFF'S OPENING BRIEF |

    The parties, Plaintiff, CIRILO GONZALEZ, and Defendant, COMMISSIONER OF SOCIAL SECURITY, through their respective counsel, stipulate that the time for filing defendant's opposition to plaintiff's opening brief be extended from April 16, 2009, to May 16, 2009.

    This is defendant's first request for an extension of time to file a response to plaintiff's opening brief. Defendant needs the additional time because the undersigned attorney of record for Defendant, SARAH RYAN, Special Assistant United States Attorney, has been on medical leave for surgery and recuperation thereafter beginning February 27, 2009, until April 13, 2009. Although said attorney attempted to work a reduced caseload during her recuperation period,

1

there nevertheless remains a heavy backlog of cases in addition to the normal heavy caseload. Adding to the heavy caseload are reassigned cases from other attorneys in the office who have resigned or gone on extended medical leave. All of the foregoing has made it impossible for said attorney for Defendant to meet the original briefing deadline of April 16, 2009. Therefore, Defendant requests that a first extension of thirty days until May 16, 2009, be granted for Defendant to file his response and supporting authority, and that all other deadlines be extended according to the Court's scheduling order.

                                            Respectfully submitted,

Dated: April 16, 2009.                       /s/ *Miguel C. Lopez*
                                          (As authorized by telephone with his office)
                                          MIGUEL C. LOPEZ

                                          Attorney for Plaintiff

Dated: April 16, 2009.                       LAWRENCE G. BROWN
                                          United States Attorney
                                          LUCILLE GONZALES MEIS
                                          Regional Chief Counsel, Region IX
                                          Social Security Administration

                                           /s/ *Sarah Ryan*
                                          SARAH RYAN
                                          Special Assistant U.S. Attorney

                                          Attorneys for Defendant

**IT IS SO ORDERED.**

    IT IS SO ORDERED.

    **Dated:   April 16, 2009**                 **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE