IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CIRILO GONZALEZ, | ) | 1:08-cv-00538 AWI GSA |
| | ) | |
| Plaintiff, | ) | ORDER TO SHOW CAUSE |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) ) | |

On April 18, 2008, Plaintiff filed the present action in this Court. Plaintiff seeks review of the Commissioner's denial of an application for benefits. On April 21, 2008, the Court issued a Scheduling Order. (Doc. 5). The Scheduling Order states that within 120 days after service, Defendant shall file and serve a copy of the administrative record which shall be deemed an answer to the complaint. The Order also provides that within 30 days after service of the administrative record, Plaintiff shall serve on Defendant a letter brief outlining why remand is warranted which Defendant shall respond to within 35 days. In the event Defendant does not stipulate to remand, within 30 days of Defendant's response, Plaintiff must file and serve an opening brief. Thereafter, Defendant is to file a response within thirty days after service of Plaintiff's opening brief. (Doc. 7, ¶ 7.)

On September 13, 2008, Defendant lodged the administrative record. (Doc. 16). On March

1

1  19, 2009, Plaintiff's opening brief was filed.[1]  (Doc. 16).  This Court approved a stipulation and
2  signed an order on April 17, 2009, wherein Defendant was granted a first extension of time within
3  which to respond to Plaintiff's brief.  The response was to be filed by May 16, 2009.  (Doc. 18).  On
4  April 17, 2009, Defendant moved for another extension of time. (Doc. 19).  This Court again
5  approved a stipulation and executed an order allowing Defendant a second extension of time within
6  which to respond to Plaintiff's brief.  Defendant's response was due July 16, 2009.  (Doc. 20).

7  Defendant has failed to file an opposition brief and the parties have not stipulated to a third
8  extension of time for such filing.

9  Therefore, Defendant is ordered to show cause why sanctions should not be imposed for a
10  failure to comply with the Stipulation and Order to Extend Time issued by this Court on May 15,
11  2009.  Defendant is ORDERED to file a written response to this Order to Show Cause WITHIN
12  twenty (20) days of the date of this Order.   If Defendant desires more time to file a brief, it should so
13  state in the response.

14  Failure to respond to this Order to Show Cause could result in the imposition of sanctions.

IT IS SO ORDERED.

Dated:   **August 4, 2009**         /s/ **Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] The opening brief was filed upon this Court's issuance of an Order to Show Cause. (Docs. 13 and 15).

2