1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

9
10
11
12
13
14
15
16
17

| | | |
|---|---|---|
| CIRILO GONZALEZ, | ) | CASE NO. 1:08-CV-00538 GSA |
| | ) | |
| Plaintiff, | ) | ORDER DISCHARGING ORDER TO |
| | ) | SHOW CAUSE |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| ——————————————— | ) | |

18
19
20
21
22

    On April 18, 2008, Plaintiff filed the present action in this Court.  Plaintiff seeks review of the Commissioner's denial of an application for benefits.  On August 4, 2009, the Court issued an Order to Show Cause why the action should not be dismissed for Defendant's failure to file an opposition brief in accordance with the Scheduling Order and extensions of time granted in this matter.

23
24
25

    On August 11, 2009, the parties filed a Stipulation and Proposed Order for Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and Request for Entry of Judgment in Favor of Plaintiff and Against Defendant.  (Doc. 22.)

26
  //

27
  //

28

In light of the parties' stipulation, the Order to Show Cause is hereby DISCHARGED.

IT IS SO ORDERED.

**Dated:   August 12, 2009**          **/s/ Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE

2