LAWRENCE G. BROWN
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
JACQUELINE A. FORSLUND
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8935
    Facsimile: (415) 744-0134
    E-Mail: Jacqueline.A.Forslund@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| CIRILO GONZALEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | CASE NO. 1:08-CV-00538 GSA<br><br>ORDER RE STIPULATION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), AND REQUEST FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

    On remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to take the following action:

    The ALJ will be directed to reevaluate Plaintiff's impairments at step two of the sequential evaluation process, as well as Plaintiff's residual functional capacity, with regard to all Plaintiff's impairments, including his alleged breathing and/or lung problems; to make an

1

express finding regarding Plaintiff's ability to communicate, read and write in English; and to provide the reasons in evidence of record for his findings.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: August 11, 2009.                     /s/ Miguel C. Lopez
                                            (As authorized via e-mail)
                                            MIGUEL C. LOPEZ
                                            Attorney for Plaintiff

Dated: August 11, 2009.                     LAWRENCE G. BROWN
                                            United States Attorney

                                         By s/ Jacqueline A. Forslund
                                            JACQUELINE A. FORSLUND
                                            Special Assistant U. S. Attorney
                                            Attorneys for Defendant

## ORDER

Pursuant to the Stipulation for Remand between the parties, the Clerk of the Court is directed to enter judgment in favor of Plaintiff Cirilo Gonzalez and against Defendant Commissioner of Social Security.

IT IS SO ORDERED.

**Dated:   August 12, 2009**                     /s/ Gary S. Austin
                                            UNITED STATES MAGISTRATE JUDGE

2